IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00377-WYD-CBS

Zarissa Liriel Qz'Etax,

        Plaintiff,

v.

Joe Ortiz, Executive Director of the Colorado Department of Corrections,
JAMES MICHAUD, Chief Mental Health Officer of the Colorado Department of
    Corrections, and
MARK DIAMOND, former Chief Psychiatric Officer of the Colorado Department of
    Corrections,

        Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL - 6 2005

GREGORY C. LANGHAM
CLERK

---

ORDER TO CURE DEFICIENCY

---

Daniel, Judge

    Plaintiff submitted a Notice of Appeal on July 1, 2004. The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
     X    is not submitted

**(B)**   **Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24:**
     X    is not submitted
     __    is missing affidavit
     __    is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
     __    is missing required financial information
     __    is missing an original signature by the prisoner
     __    is not on proper form (must use the court's current form)
     __    other_____

Accordingly, it is

ORDERED that plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to plaintiff, together with a copy of this order, an original and one copy of the following forms: Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 6Th day of July, 2005.

BY THE COURT:

_____
JUDGE, UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO